Francine COLE, Plaintiff–Appellant,

v.

RICHLAND MEMORIAL HOSPITAL; Michael D. Wade, Individually; Pat Wells, Individually; K. Ouidette-Gasque Carter, Individually; Elaine Robb, R.N., Individually; A.S. Dunbar, Individually, Defendants–Appellees.

No. 00–1798.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2001.

Decided March 19, 2001.

Francine Cole, pro se. Charles Elford Carpenter, Jr., Georgia Anna Mitchell, S. Elizabeth Brosnan, William Curry McDow, Richardson, Plowden, Carpenter & Robinson, Andrew Frederick Lindemann, Davidson, Morrison & Lindemann, P.A., Columbia, SC, James E. Parham, Jr., Irmo, SC, for appellees.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

PER CURIAM.

Francine Cole appeals the district court's orders dismissing her 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Cole v. Richland Mem'l Hosp.,* No. CA–99–412–1–17BC (D.S.C. March 23 & May 4 & 22, 2000). In light of this disposition, we deny Cole's motion to ensure corrected record on appeal and/or supplement the district court's transcript. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*